## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**JERMAINE DARNELL GOLATT**                                    **PLAINTIFF**

v.                              **No. 4:13-cv-540-DPM**

**MSCB INC.**                                              **DEFENDANT**

### JUDGMENT

Golatt's complaint (as amended) is dismissed without prejudice.

*D.P. Marshall Jr.*

D.P. Marshall Jr.
United States District Judge

 31 January 2014