# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**JERMAINE DARNELL GOLATT**             **PLAINTIFF**

v.           No. 4:13-cv-540-DPM

**MSCB INC.**             **DEFENDANT**

## JUDGMENT

Golatt's complaint (as amended) is dismissed without prejudice.

*DPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge

31 January 2014